FILED
CLERK, U.S. DISTRICT COURT

SEP 11 2015

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION    BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                            Plaintiff,<br><br>           v.<br><br> OSCAR GONZALEZ<br><br>                            Defendant. | Case No.: 15-0353 M<br><br>ORDER OF DETENTION<br>(FED. R. CRIM. P. 32.1(a)(6); 18<br>U.S.C. § 3143(a)) |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the **Southern** District of **California** for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), the Court finds that:

A.   (✓)   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

- HISTORY OF SUBSTANCE ABUSE
- UNKNOWN BAIL RESOURCES
- UNVERIFIED BACKGROUND
- HISTORY OF WARRANTS
- ASSOCIATED WITH MULTIPLE PERSONAL IDENTIFIERS
- SUBMISSION

1  and/or

2  B.   ( )   The defendant has not met his/her burden of establishing by clear and
3  convincing evidence that he/she is not likely to pose a danger to the
4  safety of any other person or the community if released under 18
5  U.S.C. § 3142(b) or (c). This finding is based on the following:

6  _____
7  _____
8  _____
9  _____
10
11
12  IT THEREFORE IS ORDERED that the defendant be detained pending the further
13  revocation proceedings.
14
15  Dated: 9/11/15
16  HONORABLE DAVID T. BRISTOW
   United States Magistrate Judge

2